UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LaMARR BETTS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No. _____ |
| INTELLIGRATED SYSTEMS, LLC, | ) |
| CROWN EQUIPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF REMOVAL

Defendant, Crown Equipment Corporation, by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby gives notice of the removal of this cause of action from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support thereof, states:

1. On or about August 27, 2018, Plaintiffs filed a civil action against Defendant Crown Equipment Corporation ("Crown Equipment") in the Marion County Superior Court for the State of Indiana, under Cause No.: 49D11-1806-CT-025038 and styled *LaMarr Betts v. Intelligrated Systems, LLC, Crown Equipment Corporation*. A true and accurate copy of the Complaint is attached hereto as **Exhibit 1**.

2. On or about September 6, 2018, Defendant Crown Equipment filed an Appearance of Counsel and Motion for Enlargement of Time. A copy of Defendant's Appearance and Order Granting Enlargement of Time is attached hereto as a part of **Exhibit 2**.

3. Defendant Crown Equipment has yet to file an Answer in this case.

4. Defendant Intelligrated Systems, LLC, has yet to file and Appearance in this matter.

5. This litigation involves a products liability incident that occurred on or about May 15, 2017.

6. Plaintiff LaMarr Betts is a resident and citizen of the State of Indiana.

7. Defendant Crown Equipment is a foreign corporation incorporated and organized under the laws of the State of Ohio with its principal place of business in New Bremen, Auglaize County, Ohio.

8. Defendant Intelligrated Systems, LLC is a foreign corporation incorporated and organized under the laws of the State of Delaware with is principal place of business in Mason, Warren County, Ohio.

9. Based on the respective citizenship of the parties in this matter, complete diversity exists in this case.

10. Counsel for Plaintiff has advised that damages claimed exceed $75,000.00.

11. No one has appeared as of this date for Intelligrated Systems, LLC.

12. Based on the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1446.

13. Notice of the filing of the Notice of Removal has been sent to plaintiff's counsel and has been filed with the Superior Court of Marion County, Indiana.

WHEREFORE, for the foregoing reasons, Defendant, Crown Equipment, by counsel, respectfully requests that the above-enumerated action, now pending against Defendants in

the Marion County Superior Court, State of Indiana, be removed to the United States District Court for the Southern District of Indiana, Indianapolis Division.

        Respectfully submitted,

        SCHULTZ & POGUE, LLP

By:   */s/ Thomas R. Schultz*
      Thomas R. Schultz, #11670-49
      Jon L. Bucher, #32525-49
      Attorney for Defendant,
      Crown Equipment Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and duly served this 20th day of September 2018, to:

Stefanie R. Crawford
CRAWFORD LAW, LLC
3815 River Crossing Parkway, Suite 100
Indianapolis, IN 46240

        */s/ Thomas R. Schultz*

Schultz & Pogue, LLP
520 Indiana Avenue
Indianapolis, IN 46202
(317) 262-1000
F: (317) 262-9000