UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAMARR BETTS, <br> RENEE BETTS, <br><br> Plaintiffs, <br><br> v. <br><br> CROWN EQUIPMENT CORPORATION, <br> INTELLIGRATED SYSTEMS, LLC, <br> WAL-MART STORES INC., <br> STEWART-GLAPAT CORPORATION, <br><br> Defendants. | No. 1:18-cv-02923-TWP-TAB |

## ORDER

The Court has been advised by counsel that a settlement has been reached as to Defendants Intelligrated Systems, LLC, Crown Equipment Corporation and Stewart Glapat Corporation ONLY in this action.  Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated as to Defendants Intelligrated Systems, LLC, Crown Equipment Corporation and Stewart Glapat Corporation ONLY.  These parties shall file a stipulation of dismissal within 28 days.

Dated:  3/1/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email