UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LaMARR BETTS and RENEE BETTS, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No.: 1:18-cv-02923-TWP-TAB |
| INTELLIGRATED SYSTEMS, LLC, CROWN EQUIPMENT CORPORATION, STEWART-GLAPAT CORPORATION and WAL-MART STORES, INC. | ) ) ) ) ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS INTELLIGRATED SYSTEMS, LLC, CROWN EQUIPMENT CORPORATION, AND STEWART-GLAPAT CORPORATION, ONLY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is hereby stipulated and agreed by and among the parties and by their respective counsel, that the above-captioned action be dismissed, with prejudice, each side bearing its own costs. Plaintiffs preserve their right to proceed against Defendant Wal-Mart Stores, Inc.

CHRISTIE FARRELL LEE & BELL, P.C.

By: */s/ Lee C. Christie*
Lee C. Christie, #3993-49
Katherine A. Franke, #26280-03
951 N. Delaware St.
Indianapolis, IN 46204
Attorneys for Plaintiffs

SCHULTZ & POGUE, LLP

By: */s/ Thomas R. Schultz*
Thomas R. Schultz, #11670-49
Jon L. Bucher, #32525-49
520 Indiana Avenue
Indianapolis, IN 46202
Attorney for Defendant,
Crown Equipment Corporation

HUME SMITH GEDDES GREEN & SIMMONS, LLP

By: */s/ Theodore J. Blanford*
Theodore J. Blanford, #4177-49
Christopher A. Pearcy, #24713-53
Erin M. Radefeld, #32114-49
54 Monument Circle, 4th Floor
Indianapolis, IN 46204
Attorneys for Defendant
Intelligrated Systems, LLC

Randal R. Cangelosi, #23443
KEAN MILLER, LLP
400 Convention Street, Suite 700
PO Box 3513
Baton Rouge, Louisiana 70821-3513
Pro Have Vice Attorney

TRAVELERS STAFF COUNSEL

By: */s/ Paul T. Belch*
Paul T. Belch, #18533-49
280 East 96th Street, Suite 325
Indianapolis, IN 46240
Attorney for Defendant,
Stewart-Glapat Corporation