# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LAMARR BETTS, and <br> RENEE BETTS, <br>     Plaintiffs, <br>     v. <br> WAL-MART STORES INC., <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) )   No. 1:18-cv-02923-TWP-TAB |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendant Wal-Mart Stores, Inc. and against Plaintiffs LaMarr Betts and Renee Betts. This action is **TERMINATED**.

Dated: 9/24/2021

                                                                                           Hon. Tanya Walton Pratt, Chief Judge
                                                                                           United States District Court
                                                                                           Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
       Deputy Clerk

Distribution:

Lee C. Christie
CHRISTIE FARRELL LEE & BELL, P.C.
lee@cflblaw.com

Katherine Anne Franke
CHRISTIE FARRELL LEE & BELL, P.C.
katherine@cflblaw.com

Zachary C. Raibley
FROST BROWN TODD LLC
zraibley@fbtlaw.com

Kevin C. Schiferl
FROST BROWN TODD LLC
kschiferl@fbtlaw.com